**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

```
MARJORIE ALLENDE-SCOTT,         )   No. CV 09-9404 CW
                                )
            Plaintiff,          )   JUDGMENT
                                )
       v.                       )
                                )
MICHAEL J. ASTRUE,              )
Commissioner, Social Security   )
Adminstration,                  )
                                )
            Defendant.          )
_____)
```

**IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.


DATED: November 27, 2010

_____
                                CARLA M. WOEHRLE
                          United States Magistrate Judge