1  Denise Bourgeois Haley
   Attorney at Law: 143709
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff
6  Marjorie Allende-Scott

7

8  **UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**
9

10 MARJORIE ALLENDE-SCOTT,            ) Case No.: CV 09-9409 CW
                                       )
11         Plaintiff,                  ) ORDER AWARDING EQUAL
                                       ) ACCESS TO JUSTICE ACT
12     vs.                             ) ATTORNEY FEES AND EXPENSES
                                       ) PURSUANT TO 28 U.S.C. § 2412(d)
13 MICHAEL J. ASTRUE,                  ) AND COSTS PURSUANT TO 28
   Commissioner of Social Security,    ) U.S.C. § 1920
14                                     )
           Defendant                   )
15                                     )
                                       )
16

17     Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, Costs, and Expenses:

19     IT IS ORDERED that fees and expenses in the amount of $4,400.00 as

20 authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

21 DATE: February 2, 2011

22         _____

23

24 _____  /S/
                           THE HONORABLE CARLA WOEHRLE
25                         UNITED STATES MAGISTRATE JUDGE

26

-1-

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3  　　　/s/ *Denise Bourgeois Haley*
   _____
4  Denise Bourgeois Haley
   Attorney for plaintiff Marjorie Allende-Scott

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26